PITTMAN, Judge.
See Rule 53(a)(1) and (a)(2)(A), Ala. R.App. P.; Rule 45, Ala. R.App. P.; Historic Blakely Auth. v. Williams, 675 So.2d 350, 352 (Ala.1995); Dobbs v. State Dep't of Pensions & Sec., 484 So.2d 1052, 1054 (Ala.1984); C.M. v. B.S.L., 906 So.2d 204 (Ala.Civ.App.2005); Volovecky v. Hoffman, 903 So.2d 844, 850 (Ala.Civ.App.2004); Rimpf v. Campbell, 853 So.2d 957, 959 (Ala.Civ.App.2002); E.F. v. H.P.K., 825 So.2d 125, 128 (Ala.Civ.App.2001); and Dais v. State ex rel. Davis, 420 So.2d 278, 279 (Ala.Civ.App.1982).
The appellant’s request for an award of attorney fees on appeal is denied.
AFFIRMED.
THOMPSON, P.J., concurs.
BRYAN, J., concurs in the result, without writing.
THOMAS, J., dissents, with writing, which MOORE, J., joins.